UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

**Order Filed on December 27,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No.:  _15-10748 JNP_

Adv. No.:

Hearing Date:  9/12/2017 @ 10:00 a.m.

Judge:  _Jerrold N. Poslusny, Jr._

In Re:
       David T. Kinght,

Debtor.

## ORDER CURING POST-PETITOIN ARREARS & ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 27, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  David T. Knight
Case No:  15-10748 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION
OF DEFAULT

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, New Jersey Housing & Mortgage Finance Agency, Denise Carlon, Esq. appearing, upon a motion

to vacate the automatic stay as to real property located at 443 Spruce Avenue, Galloway Township, NJ,

08205, and it appearing that notice of said motion was properly served upon all parties concerned, and this

Court having considered the representations of attorneys for Secured Creditor and Thomas E. Dowey, Esq.,

attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of November 17, 2017 Debtor is in arrears

outside of the Chapter 13 Plan to Secured Creditor for payments due July 2016 through October 2017 for a

total post-petition default of $4,037.56 (4 @ $1,009.70 less $1.24 in suspense); and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the

amount of $4,037.56 will be paid by Debtor remitting $672.93 per month in addition to the regular monthly

mortgage payment, which additional payments shall begin on November l 1, 2017 and continue for a period

of six months until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to

resume November 1, 2017, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing,

NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of

the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter

13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made

within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating

Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such

payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,

supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at

the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $200.00 for attorneys' fees  which is to be paid through

Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  David T. Knight
Case No:  15-10748 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION
OF DEFAULT
_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief

is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-10748-JNP
David T Knight                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1             Date Rcvd: Dec 27, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db             +David T Knight,    443 South Spruce Ave.,    Galloway, NJ 08205-4545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           rsolarz@kmllawgroup.com
          Thomas E. Dowey    on behalf of Debtor David T Knight tdesquire@hotmail.com
                                                                                        TOTAL: 6