Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

              Case No.: 15−10748−JNP
              Chapter: 13
              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David T Knight
   443 South Spruce Ave.
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−9790

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 26, 2019
JAN: bc

                                                                                                              Jeanne Naughton
                                                                                                              Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 15-10748-JNP
David T Knight                                                       Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2          Date Rcvd: Dec 26, 2019
                             Form ID: 148             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +David T Knight,    443 South Spruce Ave.,    Galloway, NJ 08205-4545
aty            +Cristina L. Connor,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
lm             +Cenlar,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515275772     ++ALANTIC CITY ELECTRIC,    BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,    5 COLLINS DRIVE SUITE 2133,
                 CARNEYS POINT NJ 08069-3600
               (address filed with court: Atlantic City Electric,    Corporate Offices,   PO Box 231,
                 Wilmington, DE  19899-0231)
515275770      Advocare Mainland Peds Assoc,    Po Box 3001,    Voorhees, NJ  08043-0598
515275774     +Capital One,    C/O JC Christensen & Associates,    Po Box 519,   Sauk Rapids, MN 56379-0519
515275775     +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
515275777     +Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
515295413     +Department Stores National Bank For Macys Visa Bra,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515275779     +Galloway Twp Ambulance Squad,    C/O DM Medical,    Po Box 1016,   Voorhees, NJ 08043-7016
515275782     +Kivitz McKeever Lee, P.C.,    701 Markey Street, Ste 5000,    Philadelphia, PA 19106-1541
515275784     +Michael Welch,    Foot And Ankle Center Of SJ,    408 Chris Gaupp Drive, Ste 300,
                 Galloway, NJ 08205-4489
515275785     +Midland Funding LLC,    C/O Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
515275788     +NJ E-ZPass,    Violations Processing Center,    Po Box 4971,   Trenton, NJ 08650-4971
515419330     +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
515275790      South Jersey Gas Co.,    Po Box 6091,    Bellmawr, NJ  08099-6091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515275769      +E-mail/Text: mary.stewart@abcofcu.org Dec 26 2019 23:39:21      ABCO Federal Credit Union,
                 Po Box 247,    Rancocas, NJ 08073-0247
515275771      +EDI: GMACFS.COM Dec 27 2019 04:08:00      Ally,    PO Box 380901,   Bloomington, MN 55438-0901
515319563       EDI: GMACFS.COM Dec 27 2019 04:08:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515290952       EDI: AIS.COM Dec 27 2019 04:08:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515359997       E-mail/Text: bankruptcy@pepcoholdings.com Dec 26 2019 23:37:50
                 Atlantic City Electric Company,    Attn Pepco Holdings, Inc.,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
515275773       E-mail/Text: nicole.watts@atlanticare.org Dec 26 2019 23:37:11
                 Atlanticare Regional Medical Center,    Po Box 786361,    Philadelphia, PA  19178-6361
515393702       EDI: BL-BECKET.COM Dec 27 2019 04:08:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515275776       EDI: COMCASTCBLCENT Dec 27 2019 04:08:00      Comcast,    901 W. Leeds Ave,
                 Absecon, NJ  08201-2849
515275778      +EDI: MID8.COM Dec 27 2019 04:08:00      Fingerhut,    C/O Midland Credit Management, Inc.,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
515275780      +EDI: PRA.COM Dec 27 2019 04:08:00      Ge Capital Retail Bank,
                 C/O Portfolio Recovery Associates, LLC,    140 Corporate Blvd,   Norfolk, VA 23502-4952
515275781      +E-mail/Text: bankruptcy@affglo.com Dec 26 2019 23:38:26      JCP Credit Card,
                 C/O Global Credit Collection Corp,    5440 N. Cumberland Ave, Ste 300,    Chicago, IL 60656-1486
515275783      +EDI: TSYS2.COM Dec 27 2019 04:08:00      Macys Visa,    Po Box 8097,   Mason, OH 45040-8097
515275786       E-mail/Text: csc.bankruptcy@amwater.com Dec 26 2019 23:39:29      New Jersey American Water,
                 Customer Service Center,    Po Box 578,    Alton, IL  62002-0578
515275787      +EDI: RMCB.COM Dec 27 2019 04:08:00      Newe Jersey E-ZPass,    C/O RMCB Collection Agency,
                 4 WestChester Plaza, Ste 110,    Elmsford, NY 10523-1615
516756974       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
516756975       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
515510327       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
515510357       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery Associates, LLC,
                 c/o Paypal Smart Connect,    POB 41067,    Norfolk VA 23541
515275789       E-mail/Text: bknotice@ercbpo.com Dec 26 2019 23:38:28      PayPal Smart Conect,
                 C/O Enhanced Recovery Company,    Po Box 23870,    Jacksonville, FL  32241-3870
515374552       EDI: BECKLEE.COM Dec 27 2019 04:08:00      State Farm Bank,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
515275791       EDI: STFMFC.COM Dec 27 2019 04:08:00      State Farm Bank,    Po Box 87,
                 Deposit, NY  13754-0087
515503076       EDI: RMSC.COM Dec 27 2019 04:08:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Dec 26, 2019
                               Form ID: 148             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515287300         EDI: RMSC.COM Dec 27 2019 04:08:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                             TOTAL: 25


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor David T Knight tdesquire@hotmail.com
                                                                                             TOTAL: 7
```